IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S DISTRICT COURT
2012 OCT 19 AM 8: 49
CLERK_____
SO. DIST. OF GA

BELAY D. REDDICK, SR.,          :
                                :
          Plaintiff,            :
                                :
     v.                         :          CIVIL ACTION NO.: CV212-112
                                :
                                :
LEONARD SMALL; ANNA S. DAVIS;   :
WTLD 90.5 FM; and SECRETARY,    :
(full name unknown) for Litway  :
Missionary Baptist Church,      :
                                :
          Defendants.           :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned

concurs with the Magistrate Judge's Report and Recommendation, to which Objections

have been filed.  In his Objections, Plaintiff asserts that the Magistrate Judge failed to

construe his pleading liberally, as is required for *pro se* filings.  Even construing

Plaintiff's claims liberally, which the Magistrate Judge obviously did, Plaintiff does not

set forth facts sufficient to sustain a cause of action against Defendants pursuant to

Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

Plaintiff, as the Magistrate Judge noted, failed to make a showing of any governmental

action.

The undersigned agrees with the Magistrate Judge's conclusions that Plaintiff

fails to meet the legal requirements under state law for slander and for intentional

infliction of emotional distress claims.  However, a Georgia state court may view

Plaintiff's allegations differently. To the extent Plaintiff wishes to pursue his state law claims against Defendants, he should do so by filing a cause of action in the appropriate state court.

Though Plaintiff entitled his pleading his Objections to the Magistrate Judge's Report and Recommendation and a Motion for Leave to File an Amended Complaint, this pleading was not docketed as a Motion for Leave to File an Amended Complaint. To the extent Plaintiff's pleading could be construed as such a Motion, his Motion is **DENIED**. Plaintiff's Complaint is wholly frivolous, and allowing Plaintiff to amend a frivolous complaint would not serve the ends of justice.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_\_ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)